# F. M. BILLMEYRE AND ANOTHER v. INTERNATIONAL LUMBER COMPANY.[1]

January 28, 1916.

Nos. 19,617—(241).

**Trover and conversion — damages.**

The evidence justified the amount of the verdict.    [Reporter.]

Action in the district court for Beltrami county for conversion of logs and for the recovery of double damages under G. S. 1913, § 5475, amounting to $4,187.12. The case was tried before Stanton, J., and a jury which answered in the negative the question whether defendant wilfully converted the logs by sawing them into lumber and grinding them into pulp, and returned a verdict for $1,758.14. Defendant's motion for a new trial was denied. From the judgment entered on the verdict, defendant appealed. Affirmed.

*Harris Richardson and Walter Richardson*, for appellant.

*F. J. McPartlin*, for respondents.

PER CURIAM.

Action to recover for the conversion of logs. Verdict for the plaintiff. Defendant appeals from the judgment.

The defendant insists that the evidence does not justify the amount of the verdict returned. We have carefully examined all of the evidence. The verdict might well enough have been somewhat smaller, but the evidence sufficiently supports it.

We have examined all of the assignments and find no reversible error. They are not of a character requiring detailed mention.

Judgment affirmed.

[1]Reported in 156 N. W. 1086.